**U.S. DISTRICT COURT * W.D. LOUISIANA * MONROE DIVISION**

**GREGORY SCOTT,** *et al.*                                              **JUDGE: Robert G. James**

*Versus* **– 3:16-cv-00376**

**NORTHERN LOUISIANA MEDICAL**
**CENTER,** *et al*.                                          **MAGISTRATE JUDGE: Karen L. Hayes**

---

### ORDER

Considering the Plaintiffs' Motion to Compel, it is hereby ordered as follows:

**(i)**     NLMC is hereby **ORDERED** to produce all documents and responses which NLMC has promised to produce without objection ("Undisputed Matters"). The Undisputed Matters are likewise **ORDERED** to be produced within **ten (10) days** of the execution of this Order; and

**(ii)**    NLMC is hereby **ORDERED** to show cause, if any there may be, as to why documents and responses related to the stated "peer review" privilege should not be produced ("Peer Review Matters"). The Peer Review Matters shall be briefed pursuant to this Court's briefing deadline, which will be issued separately.

Thus done, rendered, and signed on this ___ day of February 2017.

_____
**The Honorable Magistrate Judge Karen Hayes**