```
 1      Q    Okay.  Were there others that were part of those
 2  episodes as referred to by counsel for the hospital?
 3      A    Were there other people with --
 4      Q    No.
 5      A    -- Brady and I, or during those episodes that he
 6  objected to?
 7      Q    Well, I'll ask both of those questions.  That's a
 8  good question.  Was this run -- I'll just ask this directly
 9  instead of referring to the previous objection.  Was this
10  discussed at committee hearings and quality control committee
11  hearings? And you can answer that "yes" or "no."
12           MR. GRUNER:  I think you can answer "yes" or "no."
13           The specifics of the discussions and those sorts of
14           things are not discoverable.
15      A    Yes.
16      Q    When did those meetings take place?
17      A    Afterward.  I can't tell you what dates they were.
18      Q    Now, how many were there, committee, control,
19  whatever he's saying is privileged?  How many meetings were
20  there?
21           MR. GRUNER TO WITNESS:  If you know.
22      A    Discussed, two.
23      Q    What specific meetings?  I mean, was it the quality
24  assurance meeting, or what was the --
25      A    Peer review.  Peer review.
```

```
 1        Q    Peer review?
 2        A    Med exec.
 3        Q    Med exec?
 4        A    That's correct.
 5        Q    So it was one peer review and one med exec?
 6        A    And they were combined, yes.
 7        Q    Okay.  Now, when was the -- you had a meeting in
 8   the stairwell and you had one in his office.  When did those
 9   meetings take place?
10        A    Afterwards.
11        Q    I understand that.  But which one was first?
12        A    I believe the stairwell one was the first one.
13        Q    Okay.  And when was that?
14        A    I can't tell you when.  I have no idea.
15        Q    Well, I mean, was it within a month of this
16   treatment on August 19th, 2014?
17        A    There was one within a month.
18        Q    Within a month?
19        A    Yes.
20        Q    In the stairwell?
21        A    Yes.
22        Q    Okay.  Tell me what you told -- was his name Brady?
23        A    That's correct.
24        Q    What did you tell Brady?
25        A    That we needed to be able to get MRIs in the
```