# United States Court of Appeals
### FIFTH CIRCUIT
### OFFICE OF THE CLERK

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE**
**NEW ORLEANS, LA 70130**

May 16, 2018

Mr. Tony R. Moore
Western District of Louisiana, Monroe
United States District Court
300 Fannin Street
Suite 1167
Shreveport, LA 71101-0000

    No. 17-30827    Gregory Scott, et al v. Northern Louisiana Medical Ctr
                         USDC No. 3:16-CV-376

Dear Mr. Moore,

Enclosed is a copy of the judgment issued as the mandate.

                Sincerely,

                LYLE W. CAYCE, Clerk

                By: _____
                Dantrell L. Johnson, Deputy Clerk
                504-310-7689

cc w/encl:
    Mr. Robert Irby Baudouin
    Mr. Kurt Stephen Blankenship
    Ms. Kelly McCall Brian
    Mr. Russell A. Woodard, Jr.

IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 17-30827

_____

A True Copy
Certified order issued May 16, 2018

*Lyle W. Cayce*

Clerk, U.S. Court of Appeals, Fifth Circuit

GREGORY SCOTT, individually & on behalf of the minor J.S. as Parent and Tutor; MICHELLE SCOTT, individually & on behalf of the minor J.S. as Parent and Tutor,

      Plaintiffs - Appellants

v.

RUSTON LOUISIANA HOSPITAL COMPANY, L.L.C., doing business as Northern Louisiana Medical Center,

      Defendant - Appellee

_____

Appeal from the United States District Court
for the Western District of Louisiana

_____

CLERK'S OFFICE:

      Under FED. R. APP. P. 42(b), the appeal is dismissed as of May 16, 2018, pursuant to appellants' unopposed motion.

                LYLE W. CAYCE
                Clerk of the United States Court
                of Appeals for the Fifth Circuit

                *Dantrell Johnson*

                By: _____
                Dantrell L. Johnson, Deputy Clerk

ENTERED AT THE DIRECTION OF THE COURT